# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130296 & (63)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PETER SHEFMAN, individually, and as assignee
of TERRACE LAND DEVELOPMENT GROUP,
     Plaintiff-Appellant,

v

                                   SC: 130296
                                   COA: 255889
                                   Oakland CC: 03-048726-NM

DOUGLAS E. KUTHY and
DOUGLAS E. KUTHY, P.C.,
     Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the December 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to adjourn is also considered, and it is DENIED as moot.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006                                        Clerk

t0522